Jay A. Tufano, (SBN 286574)
jtufano@ringbenderlaw.com
RING BENDER LLLP
2 Park Plaza, Suite 550
Irvine, California 92614
Tel: 949-202-5810; Fax: 949-679-7939
Attorneys for Plaintiff Jim 72 Properties, LLC

Murray M. Sinclair (SBN 150389)
murray@murraysinclairlaw.com
MURRAY M. SINCLAIR & ASSOCIATES
1880 Century Park East, Suite 615
Los Angeles, CA 90067
Tel: 310-826-2700; Fax: 310-826-2727
Attorneys for Defendants &
Cross-Claimants *Felipe P. Rendon
& Rendon Properties, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JIM 72 PROPERTIES, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MONTGOMERY CLEANERS, an entity of unknown form, dba MONTGOMERY CLEANERS & PRESSERS and MONTGOMERY C H; ROBERT B. JASSO, an Individual; VIOLA JASSO, an Individual; JOHN W. RICH, an Individual; DORIS L. RICH, an Individual; FELIPE P. RENDON, an Individual; RENDON PROPERTIES LLC, a California limited liability corporation and DOES 1-100, inclusive<br><br>Defendants.<br><br>FELIPE P. RENDON, an Individual; RENDON PROPERTIES LLC, a California limited liability company,<br><br>Cross-Claimants,<br><br>vs. | Case No. 2:15-cv-07543-ODW (FFMx)<br><br>**NOTICE OF SETTLEMENT**<br><br>[L.R. 16-15.7]<br><br>Sched Conf. Date: None Set<br>Time: N/A<br>Courtroom: 5D (1st Street)<br>Judge: Otis D. Wright, II<br><br>Complaint filed: September 25, 2015 |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | MONTGOMERY CLEANERS, an entity of unknown form, dba MONTGOMERY CLEANERS & PRESSERS; MONTGOMERY CH; ROBERT B. JASSO, an Individual; VIOLA JASSO, an Individual; JOHN W. RICH, an Individual; DORIS L. RICH, an Individual; and ROES 1-10, inclusive<br><br>Cross-Defendants. |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff herein, JIM 72 PROPERTIES, LLC ("Plaintiff" or "Jim 72"), on the one hand, and Defendants and Cross-Claimants FELIPE P. RENDON and RENDON PROPERTIES, LLC (collectively, the "Rendons"), on the other hand, have settled all disputes between them. Pursuant to the terms of the executed confidential settlement agreement between Jim 72 and the Rendons, Jim 72 expects to be able to dismiss the Rendons from the above-entitled action with prejudice within forty days of the date of this Notice of Settlement, that is, by February 9, 2018, after the settlement agreement has been approved and executed by non-parties Anulfo Estrada and Rosa Estrada (the "Estradas") and the Parties have prepared a proper Stipulation for Dismissal and proposed Order re Dismissal. In this regard, the Rendons shall also dismiss without prejudice the Cross-Claim they have filed in this action.

DATED: January 5, 2018        MURRAY M. SINCLAIR & ASSOCIATES
                                                    /S/
                                       By:_____
                                             MURRAY M. SINCLAIR
                                             Attorneys for Defendants Felipe P. Rendon and Rendon Properties, LLC

DATED: January 5, 2018        RING BENDER LLP
                                                    /S/
                                       By:_____
                                             JAY A. TUFANO
                                             Attorneys for Plaintiff Jim 72 Properties, LLC

NOTICE OF SETTLEMENT

I hereby attest that Jay A. Tufano, of Ring Bender LLP, on behalf of Plaintiff Jim 72 Properties, LLC ("Jim 72"), concurs with the content of this filing and authorizes me to file same on his behalf for Jim 72.

                                                */s/ Murray M. Sinclair*
                                                  Murray M. Sinclair

NOTICE OF SETTLEMENT