**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM 72 PROPERTIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MONTGOMERY CLEANERS d/b/a Montgomery Cleaners & Pressers and Montgomery C H; ROBERT B. JASSO; JOHN W. RICH; DORIS L. RICH; FELIPE P. RENDON; RENDON PROPERTIES LLC; and DOES 1 through 100, Inclusive,<br><br>Defendants. | **Case No: 2:15-cv-07543-ODW-FFM**<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

1

1

2

Pursuant to the parties' Stipulation of Dismissal (ECF No. 41) and Federal Rule

3
of Civil Procedure 41(a)(2):

4
**IT IS HEREBY ORDERED** that:

5
1.   All claims in Plaintiff's Complaint are hereby **DISMISSED WITH PREJUDICE**;

6
2.   The Cross-Claim filed by Felipe Rendon and Rendon Properties, LLC is

7
**DISMISSED WITHOUT PREJUDICE**;

8
3.   The Court retains jurisdiction to enforce the terms and conditions of the

parties' settlement agreement;

9
4.   Other than as set forth in the parties' settlement agreement, each party shall

10
bear their own attorneys' fees and costs in this action; and

5.   All dates and deadlines in this action are vacated and taken off calendar.

11

12
**IT IS SO ORDERED**.

13
March 5, 2018

14

15
_____

**OTIS D. WRIGHT, II**

16
**UNITED STATES DISTRICT JUDGE**

17

18

19

20

21

2